# EXHIBIT 1

JAMES M. GARDINER  
Financial Secretary-Treasurer  
TODD R. VILLA  
Recording Secretary

CRAIG A. SATALIC  
President/Business Manager  
PATRICK J. QUIGLEY  
Vice-President

JOHN F. GARDINER, Business Agent  
MATTHEW S. AUSTIN, Business Agent  
KENNETH DAVIS, Business Agent

ROBERT BOSKOVICH  
7th General Vice President

# BRIDGE, STRUCTURAL and REINFORCING IRON WORKERS
## LOCAL UNION #1
*of International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers*



*Affiliated with AFL-CIO*

7720 Industrial Drive  
Forest Park, IL 60130  
Chicago Phone (773) 921-2030  
Forest Park Phone (708) 366-6695  
Fax (708) 366-6691  
www.iwlocal1.com

## COMPLIANCE AGREEMENT
### IT IS HEREBY STIPULATED AND AGREED
by and between

Name of Contractor: **Marium Construction Co.**

Address: **521 E 67th St. Chicago, IL 60637**

Telephone: **(312) 842-3100**   FEIN #: **35-2165289**

please indicate:  
☒ Corporation  
☐ Partnership  
☐ Sole Owner  
Other Specify:

(the "Employer") and Local Union No. 1, International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO ("Union") as follows:

1. The Employer acknowledges the Union's claim and evidence that the Union represents an uncoerced majority of the Employer's employees in a unit acknowledged and stipulated as appropriate (all Journeymen and Apprentice Iron Workers), and therefore and hereby recognizes the Union as the sole and exclusive collective bargaining agent for all Journeymen and Apprentice Iron Workers now or hereafter employed in the bargaining unit with respect to and for the purpose of establishing rates of pay, wages, hours of employment, fringe benefit contributions and other terms and conditions of employment within the geographical jurisdiction in which the Union is authorized to act or does act as such representative, including Cook, DuPage, Lake and McHenry Counties, Illinois.

2. The Employer agrees to adopt, abide by and be bound by (a) all the terms and provisions of the Collective Bargaining Agreement (herein after called the "Principal Agreement") entered into by and between the Union and the Associated Steel Erectors of Chicago (hereinafter called the "Association"), and (b) all matters relating to wages, hours, benefits, terms and conditions of employment set forth in the Principal Agreement with the same force and effect as though the Employer were a signatory to the Principal Agreement and as though the Principal Agreement were fully set forth herein, and the Employer also agrees to adopt, abide by and be bound by all extensions, renewals, modifications and amendments of the Principal Agreement and all Agreements successor and or subsequent to the Principal Agreement between the Association and the Union provided, additionally. that if the Principal Agreement, any extension, renewal, modification, amendment thereof, or any successor and or subsequent Agreement is, or will be, modified or amended by Court Decree N.L.R.B. Order, or other legal authority; the Employer agrees to adopt, abide by and be bound by such modification or amendment.

3. The Employer agrees to pay the amounts of the contributions which it is bound to pay to the several fringe benefit funds described in the Association Agreements, including but not limited to those referred to, and agrees to and is hereby bound by and considered to be a party to the Agreements and Declarations of Trust, creating each of said trust funds, together with any restatements or amendments thereto which have been or may be adopted, as if it had been a party to and signed the original copies of the trust instruments. The Employer ratifies and confirms the appointment of each of the Employer Trustees who shall, together with their successor trustees designated in the manner provided in said Agreements and Declarations of Trust and, where applicable, jointly with an equal number of trustees representing employees, carry out the terms and conditions of the trust instruments. The funds referred to include but are not limited to:

1

(a) The Agreement and Declaration of Trust dated March 1, 1951 and all present and subsequent amendments thereto of the Structural Iron Workers' Local No. 1 Welfare Fund;

(b) The Agreement and Declaration of Trust dated January 30, 1957 and all present and subsequent amendments thereto of the Iron Workers' Mid-America Pension Plan and the Agreement and Declaration of Trust dated August 24, 1966 and all present and subsequent amendments thereto of the Structural Iron Workers' Local No. 1 Pension Fund Trust;

(c) The Agreement and Declaration of Trust dated August 4, 1958 and all present and subsequent amendments thereto of the Iron Workers' Local No. 1 Apprentice Training Program Trust;

(d) The Agreement and Declaration of Trust and all present and subsequent amendments thereto of the Structural Iron Workers' Local No. 1 Annuity Trust Fund;

(e) The following Agreements and any Trust Declarations, as well as all amendments thereto of: the National Iron Workers' Apprentice Fund; the Associated Steel Erectors Industry Promotional Fund; the Institute of the Ironworking Industry Fund; the Chicagoland Safety Council Fund; the Local No. 1 Building Fund; the Local No. 1 Organizational Fund; the Local No. 1 Scholarship Fund; the Local No. 1 Work Assessment and the Iron Workers' Political Action League.

4. This Compliance Agreement shall remain in effect and shall be governed by Principal Agreements entered into in the future and covering future time periods unless and until it has been terminated by either party giving written notice of termination to the other at least four (4) months prior to the termination date of the applicable Principal Agreement, in which event this Agreement shall terminate on the last day of the then applicable Principal Agreement. In the event no such timely notice is given, this Agreement shall remain in effect until terminated in accordance with its terms. Any such notice as hereinabove provided for in this article, whether specifying a desire to terminate or to change at the end of the current contract year, shall have the effect of terminating this Agreement at such time.

Copies of this Agreement can be obtained at the Union Hall.

DATED: 04/25/2019    ACCEPTED: 4-25-19

Moriem Construction Co.
(Name of Company)

By: *(Signature)*

President
(Title of Office)

521 E 67th St.
(Street Address)

Chicago, IL 60637
(City, State, Zip)

(312) 842-3100
(Phone Number)

LOCAL UNION NO.1 INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO

By: Craig Suterlue
(Signature)

Pres - Business Mgr.
(Title of Office)

2