# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title:                                    Case Number:  **25 CV 14948**

**Structural Iron Workers Local No. 1 Pension Fund**
     v.
**Morcom Construction Company, *an Illinois Corporation*, and
Stefan Mourillon, *an individual***

An appearance is hereby filed by the undersigned as attorney for:

**Defendants, Morcom Construction Company, *an Illinois
corporation,* and Stefan Mourillon, *an individual***

Attorney Name:  **Kathleen M. Cahill**

Firm:  **Allocco, Miller & Cahill, P.C.**

Street Address:  **20 N. Wacker Drive, Suite 3517**

City/State/Zip:  **Chicago, Illinois 60606**

Bar ID Number:  **6269486**                Telephone Number: **(312) 675-4325**

Email Address:  **kmc@alloccomiller.com**

Are you acting as lead counsel in this case? Are        ☐ Yes   ☑ No

you acting as local counsel in this case? Are you       ☐ Yes   ☑ No

a member of the court's trial bar?                      ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes   ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/30/2025

Attorney signature:     S/ Kathleen M. Cahill