**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

**RE: Local Rule 3.2 Notification of Affiliates**

ANNEAL REMINDER: Pursuant to Local Rule 3.2 ("Notification of Affiliates"), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates or, if the party has no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning 5% or more of a party. Any entity or individual who owns 5% or more of any such affiliate shall also be included within the definition of "affiliate." The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information.

ENTER:

FOR THE COURT

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 31st day of December 2025