# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS | Case #: 1:25-cv-14948 |

**Structural Iron Workers Local No. 1 Pension Fund**

Plaintiff

**vs.**

**Morcom Construction Company, an Illinois Corporation; and Stefan Mourillon, an individual**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **STEFAN MOURILLON** |
| PERSON SERVED: | **JOSEPH (REFUSED LAST NAME), ROOMMATE** |
| METHOD OF SERVICE: | **SUBSTITUTE** - By leaving copies of the above referenced documents at the defendant's usual place of abode, with some person of the family or a person residing there, of required age by statute and informing that person of the contents thereof. A copy was mailed in a sealed envelope with the postage fully prepaid addressed to the defendant on **12/12/2025**. |
| DATE & TIME OF DELIVERY: | **12/11/2025 at 1:57 PM** |
| ADDRESS, CITY AND STATE: | **9140 S OGLESBY AVE, CHICAGO, IL 60617** |
| | Race: **Black**  Sex: **Male**  Age: **52**<br>Height: **6'0"**  Weight: **190**  Hair: **Black/Gray**  Glasses: **No** |

**Male identified himself as living here with Stefan. He sated Stefan is not home and accepted service. He refused to give his last name.**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 12/12/2025.

*Christopher S Moore*

Christopher S Moore
Registration No: 117-001119

CLIENT: **Johnson & Krol, LLC**
FILE #:

Job #: **655580**