# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:25-cv-14948

**Structural Iron Workers Local No. 1 Pension Fund**

Plaintiff

vs.

**Morcom Construction Company, an Illinois Corporation; and Stefan Mourillon, an individual**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **MORCOM CONSTRUCTION COMPANY** |
| PERSON SERVED: | **HILBERT MOY, AGENT** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **1/7/2026 at 12:35 PM** |
| ADDRESS, CITY AND STATE: | **3210 S ARCHER AVE, STE 102, CHICAGO, IL 60608** |

Race: **Asian** Sex: **Male** Age: **50**  
Height: **5'6"** Weight: **140** Hair: **Black/Gray** Glasses: **No**

Judicial Attorney Services, Inc.  
PO Box 583  
Geneva, IL 60134  
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 1/7/2026.

Matthew Bert  
Registration No: 117-001119

CLIENT: **Johnson & Krol, LLC**  
FILE #:

Job #: **655579**