## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Structural Iron Workers Local No. 1 Pension Fund

                Plaintiff,

v.

Morcom Construction Company, et al.

                Defendant.

Case No.: 1:25−cv−14948
Honorable Jeremy C. Daniel

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of for the purpose of holding proceedings related to: discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. (vcf, ) Mailed notice.

Dated: January 29, 2026

                                                                                            /s/ Jeremy C. Daniel

                                                                        United States District Judge