# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND, <br><br> Plaintiff, <br><br> vs. <br><br> MORCOM CONSTRUCTION COMPANY, an Illinois Corporation; and STEFAN MOURILLON, an individual, <br><br> Defendants. | CASE NO.: 1:25-cv-14948 <br><br> JUDGE: Hon. Jeremy C. Daniel <br><br> MAG. JUDGE: Hon. Keri L. Holleb Hotaling |

**<u>ORDER</u>**

This matter coming before the Court on Plaintiff's Motion for Payroll Compliance Audit and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Payroll Compliance Audit is granted; and

2. Defendants Morcom Construction Company ("Morcom") and Stefan Mourillon, in his capacity as President of Morcom and as a joint employer with Morcom, are hereby ordered to produce the following records to Plaintiff within seven (7) days of entry of this Order:

   a. Morcom's weekly payroll reports for all employees of Morcom with check dates during the period of January through September 2025; and

   b. Morcom's 2025 Q1, Q2, and Q3 Federal 941 & IL SUTA reports.

Date: _____

_____
Honorable Jeremy C. Daniel
U.S. District Court Judge