### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| MORCOM CONSTRUCTION COMPANY, an Illinois Corporation; and STEFAN MOURILLON, an individual, | )<br>)<br>)<br>) |
| Defendants. | ) |

CASE NO.: 1:25-cv-14948

JUDGE: Hon. Jeremy C. Daniel

MAG. JUDGE: Hon. Keri L. Holleb Hotaling

### **NOTICE OF MOTION**

TO: Todd A. Miller and Kathleen M. Cahill
*Counsel for Defendants Morcom Construction Company & Stefan Mourillon*
Email: tam@alloccomiller.com ; kmc@alloccomiller.com

PLEASE TAKE NOTICE that on Thursday, February 19, 2026, at 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiff's attorney will appear before the Honorable Judge Daniel of the United States District Court for the Northern District of Illinois, located in Courtroom 1419 at 219 S Dearborn Street, Chicago, IL 60604 or such other Judge as may be sitting in his stead, and then and there present *Plaintiff's Motion for Payroll Compliance Audit*.

Respectfully Submitted,

**STRUCTURAL IRON WORKERS
LOCAL NO. 1 PENSION FUND**

/s/ Spencer J. Garner - 6349089
*One of Plaintiff's Attorneys*
JOHNSON & KROL, LLC
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 320-9420
garner@johnsonkrol.com

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on today's date, February 12, 2026, he served a copy of the foregoing ***Notice of Motion*** and ***Plaintiff's Motion for Payroll Compliance Audit***, along with the Proposed Order sent to the Honorable Judge Daniel's proposed order email address, via electronic mail and the Court's CM/ECF filing system to counsel for Defendants Morcom Construction Company and Stefan Mourillon at the address listed below:

    Todd A. Miller and Kathleen M. Cahill
*Counsel for Defendants Morcom Construction Company & Stefan Mourillon*
Email: tam@alloccomiller.com ; kmc@alloccomiller.com

    /s/ Spencer J. Garner – 6349089
*One of Plaintiff's Attorneys*