IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND, <br><br> Plaintiff, <br><br> vs. <br><br> MORCOM CONSTRUCTION COMPANY, an Illinois Corporation; and STEFAN MOURILLON, an individual, <br><br> Defendants. | CASE NO.: 1:25-cv-14948 <br><br> JUDGE: Hon. Jeremy C. Daniel <br><br> MAG. JUDGE: Hon. Keri L. Holleb Hotaling |

**MOTION TO WITHDRAW MOTION FOR PAYROLL COMPLIANCE AUDIT
AND VACATE HEARING**

NOW COMES the Plaintiff, the STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND, by and through its attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court to withdraw the Motion for Payroll Compliance Audit (Dkt. No. 22) and vacate the motion hearing noticed up for February 19, 2026 at 9:30 a.m. (Dkt. No. 24), and in support states as follows:

1. On February 12, 2026, the Plaintiff filed a Motion for Payroll Compliance Audit in which the Plaintiff requested that this Court compel the Defendants to produce records pursuant to Defendants' various contractual obligations. (Dkt No. 22).

2. On February 12, 2026, the Plaintiff filed a Corrected Notice of Motion to have the Motion for Payroll Compliance Audit presented to the Court on February 19, 2026 at 9:30 a.m. (Dkt No. 24).

3. As of today's date, Defendants have produced most of the requested records and the Motion for Payroll Compliance Audit is no longer necessary.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court enter an order withdrawing the Motion for Payroll Compliance Audit and vacating the motion hearing noticed up for February 19, 2026 at 9:30 a.m., and for any other relief this Court deems just and appropriate.

Respectfully Submitted,

**STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND**

/s/ Spencer J. Garner - 6349089
*One of Plaintiff's Attorneys*
JOHNSON & KROL, LLC
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 320-9420
garner@johnsonkrol.com