## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Structural Iron Workers Local No. 1 Pension Fund

                              Plaintiff,

v.                                         Case No.: 1:25−cv−14948
                                                       Honorable Jeremy C. Daniel

Morcom Construction Company, et al.

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Keri L. Holleb Hotaling for the purpose of holding proceedings related to: discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters. (vcf, )Mailed notice.

Dated: February 19, 2026

                                                                                       /s/ Jeremy C. Daniel

                                                                     United States District Judge