## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Structural Iron Workers Local No. 1 Pension Fund

                                                    Plaintiff,

v.                                                                            Case No.: 1:25−cv−14948

                                                                                Honorable Jeremy C. Daniel

Morcom Construction Company, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

       MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court is in receipt of the parties' Joint Initial Status Report [Dkt. [29]]. The Court adopts the following deadlines proposed by the parties: Rule 26(a)(1) disclosures to be issued by 3/18/2026; the First Date to Issue Written Discovery shall be 4/1/2026. The Firm Fact Discovery Completion date for all fact discovery shall be 6/30/2026. At this time, the parties do not believe expert discovery will be necessary. The Court does not expect to extend the 6/30/2026 firm fact discovery deadline and in no case will do so without written motion detailing exceptionally good cause. It is not the Court's practice to subdivide discovery; the Court trusts the parties to manage their discovery obligations accordingly to meet their fact discovery deadline. The parties are reminded to promptly bring any discovery motions before the Court, including motions to enforce subpoenas or motions for protective orders. The Court also sets the Rule 16(b) deadline to amend pleadings/add additional parties as 5/18/2026. The parties report they have not yet engaged in any settlement discussions [Dkt. [29]]. Towards that end, the parties are to review Judge Holleb Hotaling's Standing Order on Settlement Conferences, and the parties' next status report is to detail a date when Plaintiff would be ready to make a settlement demand on Defendant. The parties are to file an updated joint status report on 5/1/2026. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.