**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: 1:25-cv-14948 |
| vs. | ) ) | JUDGE: Hon. Jeremy C. Daniel |
| MORCOM CONSTRUCTION COMPANY, an Illinois Corporation; and STEFAN MOURILLON, an individual, | ) ) ) ) | MAG. JUDGE: Hon. Keri L. Holleb Hotaling |
| Defendants. | ) ) | |

**PARTIES' JOINT STATUS REPORT**

NOW COMES the Plaintiff, the STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND ("Pension Fund"), and Defendants MORCOM CONSTRUCTION COMPANY ("Morcom") and STEFAN MOURILLON ("Mourillon"), by and through their respective undersigned counsel, and hereby file this Joint Status Report pursuant to Magistrate Judge Holleb Hotaling's March 4, 2026 Minute Entry (Docket No. 30), as follows:

1.  **Status of Discovery**

On March 4, 2026, Plaintiff served its Initial Disclosures pursuant to Rule 26(a)(1), which included Plaintiff's demand. Subsequently, on March 20, 2024, Plaintiff served Requests for Admission, to which Defendants failed to respond.

2.  **Settlement Discussions**

In response to Plaintiff's demand, Defendant made an offer which was recently considered by Plaintiff's Trustees. Plaintiff is finalizing a response to the offer and a draft settlement agreement. Plaintiff anticipates presenting Defendants with a settlement proposal, including a draft settlement agreement, early next week.

Respectfully submitted,

**STRUCTURAL IRON WORKERS**
**LOCAL NO. 1 PENSION FUND**

/s/ Spencer J. Garner
Spencer J. Garner
*One of Plaintiff's Attorneys*
JOHNSON & KROL, LLC
141 W Jackson Boulevard, Suite 2055
Chicago, IL 60604
(312) 320-9420
garner@johnsonkrol.com

**MORCOM CONSTRUCTION COMPANY**
**and STEFAN MOURILLON**

/s/ Todd A. Miller (with permission )
Todd A. Miller
*One of Defendants' Attorneys*
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
(312) 533-2694
tam@alloccomiller.com