**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Structural Iron Workers Local No. 1 Pension
Fund

                                                    Plaintiff,

v.                                                                        Case No.: 1:25−cv−14948
                                                                          Honorable Jeremy C. Daniel

Morcom Construction Company, et al.

                                                    Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 4, 2026:

        MINUTE entry before the Honorable Keri L. Holleb Hotaling: The parties' joint status report [Dkt. 32] indicates the parties are engaging cooperatively in discovery in advance of the firm 6/20/2026 fact discovery deadline. The parties are also engaging in settlement discussions amongst themselves. The parties should promptly bring any necessary discovery motions (including any motions to deem requests for admissions admitted, if applicable) before the Court. The parties should file an updated joint status report on 6/5/2026.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.