**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: 1:25-cv-14948 |
| vs. | ) ) | JUDGE: Hon. Jeremy C. Daniel |
| MORCOM CONSTRUCTION COMPANY, an Illinois Corporation; and STEFAN MOURILLON, an individual, | ) ) ) ) ) | MAG. JUDGE: Hon. Keri L. Holleb Hotaling |
| Defendants. | ) ) | |

**PARTIES' JOINT STATUS REPORT**

NOW COMES the Plaintiff, the STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND ("Pension Fund"), and Defendants MORCOM CONSTRUCTION COMPANY ("Morcom") and STEFAN MOURILLON ("Mourillon"), by and through their respective undersigned counsel, and hereby file this Joint Status Report pursuant to Magistrate Judge Holleb Hotaling's May 4, 2026 Minute Entry (Docket No. 33), as follows:

1. **Status of Discovery**

On March 4, 2026, Plaintiff served its Initial Disclosures pursuant to Rule 26(a)(1), which included Plaintiff's demand. Thereafter, on March 20, 2026, Plaintiff served Requests for Admission, to which Defendants failed to respond. Because more than 30 days have elapsed since service, the matters set forth therein are deemed admitted pursuant to Fed. R. Civ. P. 36(a)(3). Plaintiff does not anticipate that any further discovery will be necessary and intends to proceed with dispositive motion practice if the Parties are unable to reach a settlement.

**2.** **Settlement Discussions**

The Parties have continued their settlement discussions. Plaintiff drafted and transmitted a Settlement Agreement to Defendants on May 21, 2026. Plaintiff thereafter revised the Settlement Agreement and re-sent it to Defendants on May 28, 2026. Defendants are reviewing the proposal.

Respectfully submitted,

| | |
|---|---|
| **STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND** | **MORCOM CONSTRUCTION COMPANY and STEFAN MOURILLON** |
| /s/ Spencer J. Garner | /s/ Todd A. Miller (with permission) |
| Spencer J. Garner | Todd A. Miller |
| *One of Plaintiff's Attorneys* | *One of Defendants' Attorneys* |
| JOHNSON & KROL, LLC | ALLOCCO, MILLER & CAHILL, P.C. |
| 141 W Jackson Boulevard, Suite 2055 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, IL 60604 | Chicago, Illinois 60606 |
| (312) 320-9420 | (312) 533-2694 |
| garner@johnsonkrol.com | tam@alloccomiller.com |