**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Structural Iron Workers
Local No. 1 Pension Fund
~~v. Mercem Construction~~

Case Number: 1:25-cv-14948

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff.

Attorney name (type or print): Adam Y. Decker

Firm: Johnson & Krol, LLC

Street address: 11611 N. Meridian Street, Ste. 310

City/State/Zip: Carmel, IN 46032

Bar ID Number: 36407-53
(See item 3 in instructions)

Telephone Number: (317) 754-8720

Email Address: decker@johnsonkrol.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 11, 2026

Attorney signature: S/ Adam Y. Decker
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023