**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Structural Iron Workers Local No. 1 Pension
Fund

                                       Plaintiff,

v.                                             Case No.: 1:25−cv−14948
                                             Honorable Jeremy C. Daniel

Morcom Construction Company, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 30, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Telephonic status hearing held on 6/30/2026. By 7/7/2026, the parties are to send a joint email to Chambers inbox (Chambers_HollebHotaling@ilnd.uscourts.gov) updating the Court as to the status of the parties' settlement discussions.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.