**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Structural Iron Workers Local No. 1 Pension
Fund

                                                     Plaintiff,

v.                                                                Case No.: 1:25−cv−14948
                                                                  Honorable Jeremy C. Daniel

Morcom Construction Company, et al.

                                                     Defendant.

─────────────────────

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 9, 2026:

     MINUTE entry before the Honorable Keri L. Holleb Hotaling: Parties informed
the Court that they are finalizing a settlement agreement. All upcoming dates before Judge
Holleb Hotaling are stricken. Dismissal papers shall be filed before the District Court on
or before 9/8/2026. All matters relating to the referral of this case having been resolved,
the referral is closed and the case is returned to the assigned district judge. Judge Holleb
Hotaling is no longer referred to this case. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.