**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: 1:25-cv-14948 |
| vs. | ) ) ) | JUDGE: Hon. Jeremy C. Daniel |
| MORCOM CONSTRUCTION COMPANY, an Illinois Corporation; and STEFAN MOURILLON, an individual, | ) ) ) ) | MAG. JUDGE: Hon. Keri L. Holleb Hotaling |
| Defendants. | ) ) ) | |

**STIPULATED ORDER OF DISMISSAL WITH THE COURT TO RETAIN
JURISDICTION TO ENFORCE THE TERMS OF THE
PARTIES' SETTLEMENT AGREEMENT**

NOW COMES Plaintiff, the STRUCTURAL IRONWORKERS LOCAL NO. 1 PENSION FUND, by and through its respective attorneys, and Defendants MORCOM CONSTRUCTION COMPANY and STEFAN MOURILLON, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby submit this Stipulated Order for Dismissal of this Lawsuit with the Court to Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and stipulate as follows:

WHEREAS, the Parties in this matter have reached a settlement and the Parties stipulate to the dismissal of the above-captioned matter without prejudice, reserving jurisdiction in this Court to reinstate proceedings to enforce certain terms of the Settlement Agreement entered into by and between the Parties in June 2026 under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:**

1. This above-captioned case is hereby dismissed without prejudice.

2.    The Court shall retain jurisdiction over the Parties and hereby grants Plaintiff leave to reinstate the proceedings in the above-captioned matter to enforce the terms of the Settlement Agreement entered into by and between the Parties in June 2026, but not later than June 29, 2029. The Parties are barred from relitigating any claims raised in this litigation, or any claims released by means of the Settlement Agreement.

3.    Pursuant to the Settlement Agreement entered into by and between the Parties in June 2026, Defendants are obligated to pay thirty-six (36) monthly installments to Plaintiff, with the final installment due on May 1, 2029. In addition, Defendants are required to make timely payment of on-going contributions, dues, and vacation savings to Plaintiff. Failure by Defendants to comply with their payment obligations shall constitute a breach of the Settlement Agreement.

4.    In the event a motion to reinstate to enforce settlement is not filed on or before June 29, 2029, the dismissal without prejudice will automatically convert to a dismissal with prejudice and with each party to bear its own fees and costs, and the Court shall relinquish jurisdiction.

**ENTERED:**

_____

Honorable Jeremy C. Daniel
United States District Court Judge

Dated: 8/3/2026

Page 2 of 4

**Agreed and so stipulated:**

| | |
|---|---|
| **STRUCTURAL IRON WORKERS LOCAL NO. 1 PENSION FUND** | **MORCOM CONSTRUCTION COMPANY and STEFAN MOURILLON** |

| | |
|---|---|
| /s/ Spencer J. Garner | /s/Todd A. Miller |
| Spencer J. Garner | Todd A. Miller |
| *One of Plaintiff's Attorneys* | *One of Defendants' Attorneys* |
| JOHNSON & KROL, LLC | ALLOCCO, MILLER & CAHILL, P.C. |
| 141 W Jackson Boulevard, Suite 2055 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, IL 60604 | Chicago, Illinois 60606 |
| (312) 320-9420 | (312) 533-2694 |
| garner@johnsonkrol.com | tam@alloccomiller.com |